The court therefore awards the claimant the sum of $1,020.00.

---

(No. 770—Claimant awarded $333.75.)

St. Joseph's Hospital of Belvidere, Ill., Claimant, *vs*. State of Illinois, Respondent.

*Opinion filed May 14, 1924.*

Social justice and equity—*eleemosynary corporation—award may be made.* Where no objection is made by the State, and the circumstances of the case warrant it, the court may recommend an award upon the ground of social justice and equity.

Alexander J. Strom, for claimant.

Edward J. Brundage, Attorney General; George C. Dixon, Assistant Attorney General, for respondent.

Mr. Chief Justice Clarity delivered the opinion of the court:

This is a claim brought by St. Joseph's Hospital of Belvidere, Illinois, an eleemosynary corporation, organized under

the laws of the State of Illinois, for services rendered one Rev. Alfred Bruhn, who, together with members of his family, was brought to the hospital by a Dr. Hartman of Garden Prairie, Illinois. It appears that the said Alfred Bruhn was driving a Ford automobile on the Grant highway near the Village of Garden Prairie, located in Boone County, Illinois, on or about September 1, 1923. It further appears that an army truck under the control of the National Guard unit drove against the Ford automobile of the said Rev. Bruhn and caused the Rev. Bruhn and members of his family injuries which they sustained and that the accident was without fault of the Rev. Bruhn. After the Rev. Bruhn sustained the injuries he and his family were taken to the hospital, receiving care and treatment there, upon which this claim was based. It further appears that the claim has been referred to Adjutant General C. E. Black of Springfield, who referred it to the Attorney General of this State.

The Attorney General, coming into court and alleging that the claim had been thoroughly investigated under the direction of the adjutant general of the State of Illinois, and as the result of such investigation, states that the claim is just and entitled to compensation in the sum of $333.75.

It is therefore recommended by the court that said claimant be allowed the sum of $333.75.